IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA MEALY, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 06-205-E |
| RYAN ENVIRONMENTAL, INC., et al., | ) |
| Defendants. | ) |

ORDER

AND NOW, this 29th day of January, 2007, the Court finds that the above captioned matter was transferred to this Court from the United States District Court for the Northern District of West Virginia by Order dated September 5, 2006. The Court also finds that the identical case was filed in this Court on May 10, 2006. (See Civil Action No. 06-109-E, Complaint (document No. 1)). The Court will administratively close the above captioned matter, All further pleadings shall be filed at Civil Action No. 06-109-E.

Therefore, IT IS HEREBY ORDERED that the Clerk of Court mark the above captioned case administratively CLOSED.

Maurice B. Cohill, Jr.
Senior United States District Judge

ecf:    Counsel of record